# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAM DEWAYNE BRUNER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social )<br>Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-09-830-M |

## ORDER

On July 14, 2010, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of the Social Security Administration ("Commissioner"), denying plaintiff's application for disability insurance benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by August 3, 2010, and on that date, plaintiff filed his objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 14, 2010, and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 13th day of August, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE